# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Ashley Ballew,<br>*Plaintiffs*<br><br>v.<br><br>United Parcel Service, Inc.,<br>*Defendant,* | Civil Action No. 6:18-cv-00059-DCC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the defendant's motion to dismiss is granted.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.

Date: October 17, 2018                     *ROBIN L. BLUME, CLERK OF COURT*

                                                                s/Ashley Buckingham
                                                     *Signature of Clerk or Deputy Clerk*